William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
960 San Antonio Road, Suite 200A
Palo Alto, CA 94303
Tel.: (650) 930-6780
Fax: (650) 813-1805
Email: bmilks@sbcglobal.net

Attorneys for Defendants and Third Party Claimants

ORIGINAL

FILED
DEC 03 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

IN THE United States Bankruptcy Court
For THE Northern District of California
San Jose Division

| | |
|---|---|
| In re CT DRIVES, LLC, <br> Debtor. | Case No. 11-60198 SLJ <br> Adv. No. 13-05154 <br> Chapter 7 |
| FRED HJELMESET, Chapter 7 Trustee, <br> Plaintiff, <br> v. <br> Wayne K. Higashi, et al. <br> Defendants and Third Party Claimants | REQUEST FOR ALIAS SUMMONSES |

Please issue summonses for the following third party defendants:

    Connard Cali
    Conntechnical Industries, Inc.

Respectfully submitted,

William C. Milks, III