

The following constitutes
the order of the court. Signed December 5, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>CT DRIVES, LLC,<br>    Debtor. | Case No. 11-60198-SLJ<br>Chapter 7 |
| FRED HJELMESET,<br>    Plaintiff,<br>v.<br>WAYNE K. HIGASHI, et al.,<br>    Defendants. | Adversary No. 13-5154-SLJ |

**ORDER DENYING REQUEST FOR ALIAS SUMMONS**

  On December 3, 2013, Defendants, represented by counsel William C. Milks, III, filed a handwritten Request for Alias Summons for third-party defendants Connard Cali and Conntechnical Industries, Inc. It appears that the basis for the summons is that Defendants have third-party claims against these entities. On December, 3, 2013, Defendants filed an answer which includes these third-party claims.

  "A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or party of the claim against it." Fed.R.Civ.Proc. 14(a)(1), as incorporated by Fed.R.Bankr.Proc. 7014. Civil Rule 7(a) lists the type of pleadings that

are permitted, which include (1) a complaint; (2) an answer to complaint; (3) an answer to a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer. Fed.R.Civ.Proc. 7(a), as incorporated by Fed.R.Bankr.Proc. 7007.

Based on these rules, Defendants cannot include third-party claims in an answer. If Defendants have third-party claims, they must file a separate third-party complaint and serve the complaint and summons on the third-party defendants.[1] *See* Schwarzer, Tashima & Wagstaffe, CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL, ¶ 7.338 (The Rutter Group 2013) ("A third party complaint is a separate pleading under the Federal Rules . . . . The format rules applicable to complaints generally apply to third party complaints." [citations omitted]).

Because Defendants have not filed a third-party complaint,

IT IS HEREBY ORDERED that the Request for Alias Summons is DENIED without prejudice.

** END OF ORDER**

---

[1] This order addresses the procedures for bringing in third-party defendants only. The court makes no determination whether a third-party complaint in the context of this litigation is proper.

Court Service List [by mail and ECF]

William C. Milks III
Law Offices of William C. Milks III
960 San Antonio Road, Suite 200A
Palo Alto, CA 94303

[ECF Notifications]