William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
960 San Antonio Road, Suite 200A
Palo Alto, CA 94303
Tel.: (650) 930-6780
Fax: (650) 813-1805
Email: bmilks@sbcglobal.net

Attorneys for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

*In re* CT DRIVES, LLC,

    Debtor.

FRED HJELMESET, Chapter 7 Trustee,

    Plaintiff,

vs.

WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,

    Defendants.

Case No. 11-60198 SLJ

Chapter 7

Adversary No. 13-05154

**DISCOVERY PLAN**

**[Fed. R. Civ. P Rule 26 and Fed. R. Bankr. P. Rule 7026]**

Counsel for the above-named parties held a telephonic discovery conference pursuant to Fed. R. Civ. P. Rule 26(f) on January 13, 2014.[1] During the discovery conference, counsel for the parties developed the following discovery plan pursuant to paragraph 5 of the Order Setting Telephonic Status Conference, Setting Initial Disclosures, and Discovery Conference dated November 1, 2013.

1. No changes should be made in the timing, form, or requirements of the initial disclosures under Fed. R. Civ. P. Rule 26(a)(1). Initial disclosures shall be served by the parties on or before January 28, 2014.

2. The timing, subject matter, and limitations, if any, of discovery to be conducted after the initial disclosures are served is as follows:

    a. Discovery pursuant to written discovery requests shall be completed on or before July 15, 2014. Written discovery requests shall include and be limited, if at all, as follows:

        i. Fed. R. Civ. P. Rule 33 interrogatories shall be limited in accordance with Fed. R. Civ. P. Rule 33(a)(1) to twenty-five (25) interrogatories, unless otherwise stipulated or ordered by the court.

        ii. Fed. R. Civ. P. Rule 34 document production requests (no limit).

        iii. Fed. R. Civ. P. Rule 36 requests for admission (no limit).

    b. A party noticing a Fed. R. Civ. P. Rule 30 deposition of another party shall, before serving a notice of deposition, confer with opposing counsel about the scheduling of the deposition.

    c. Counsel for a party noticing a deposition of a witness who is not a party or affiliated with a party must also confer with opposing counsel about scheduling prior to serving the nonparty witness with a subpoena under Fed. R. Civ. P. Rule 45.The parties shall disclose any expert witness(es) pursuant to Fed. R. Civ. P. Rule 26(a)(2)(A) on or before August 15, 2014.

    d. Expert reports pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B) shall be served on or before August 29, 2014.

    e. The parties shall disclose any rebuttal expert witness(es) pursuant to Fed. R. Civ. P. Rule 26(a)(2)(A) on or before September 12, 2014.

---

[1] Plaintiff Trustee's Counsel had an "emergency matter" on January 10, 2014 necessitating that counsel defer the previously scheduled discovery conference from January 10, 2014 to January 13, 2014.

Case: 13-05154   Doc# 31   Filed: 01/27/14   Entered: 01/27/14 10:14:10   Page 2 of 3

f.  Rebuttal expert reports pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B) shall be served on or before September 26, 2014.

g.  Depositions of expert and rebuttal expert witnesses, if any, shall be scheduled by prior arrangement of the parties and the parties' counsel to accommodate the schedules of the witnesses and all counsel.  Notices of expert and rebuttal expert depositions shall be served only after such prior arrangement has been made.

h.  Expert discovery shall be completed no later than October 31, 2014.

3.  The parties are in agreement with the foregoing discovery plan and therefore do not currently seek any orders from the Court under Fed. R. Civ. P. Rules 26(a) (1) or 16(b) and (c) and Fed. R. Bankr. P. Rule 7016 respecting the discovery plan.

Respectfully submitted,

Dated:   01/24/2014                         /s/ Peter C. Bronson
Peter C. Bronson
Law Offices of Peter C. Bronson
A Professional Corporation
770 L Street, Suite 950
Sacramento, CA  95814
Tel.:  (916) 444-1110
Fax:  (916) 361-6046
Email:  pbronson@pbronsonlaw.com

Attorneys for Plaintiff

Dated:   01/24/2014                         /s/ William C. Milks, III
William C. Milks, III
Law Offices of William C. Milks, III
960 San Antonio Road, Suite 200A
Palo Alto, CA  94303
Tel.:  (650) 930-6780
Fax:  (650) 813-1805
Email:  bmilks@sbcglobal.net

Attorneys for Defendants