

The following constitutes
the order of the court. Signed February 3, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CT DRIVES, LLC,<br><br>                Debtor. | Case No. 11-60198-SLJ<br><br>Chapter 7<br><br>Adversary No. 13-5154-SLJ |
| WAYNE K. HIGASHI, et al.,<br><br>                Third Party Plaintiffs,<br><br>vs.<br><br>CONNARD CALI and CONNTECHNICAL INDUSTRIES, INC.,<br><br>                Third Party Defendants. | **Date and Time**<br><br>Date: February 27, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 3099<br><br>**Continued Date and Time**<br><br>Date: May 29, 2014<br>Time: 2:30 p.m.<br>Place: Courtroom 3099 |

## ORDER CONTINUING STATUS CONFERENCE

A status conference for the main Adversary Proceeding of *Fred Hjelmeset v. Wayne K Higashi, et al.,* was held on January 30, 2014, at 2:00 p.m. Appearances were noted on the record. For reasons orally stated on the record,

IT IS HEREBY ORDERED as follows:

1. The status conference on the third-party complaint filed by Defendants/Third-Party Plaintiffs, currently set for February 27, 2014, is CONTINUED to **May 29, 2014, at 2:30 p.m.**

2. No answer or other responsive pleadings needs to be filed by the Third-Party Defendants until further order this court.

**\*\*\*\* END OF ORDER \*\*\*\***

| | |
|---|---|
| 1 | <u>Court Service List</u> [by mail and ECF] |
| 2 | William C. Milks |
| | Law Offices of William C. Milks, III |
| 3 | 960 San Antonio Rd. #200A |
| | Palo Alto, CA 94303 |
| 4 | |
| 5 | [ECF Notifications] |

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California