Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Special Counsel for Plaintiff and Movant
Fred Hjelmeset, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CT DRIVES, LLC,<br><br>                Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7<br><br>Adv. No. 13-05154 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>                Plaintiff,<br>v.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>                Defendants. | **NOTICE OF HEARING ON MOTION TO DISMISS DEFENDANTS' THIRD PARTY CLAIMS FOR BREACH OF OPERATING AGREEMENT, BREACH OF FIDUCIARY DUTY, CONVERSION, AND UNJUST ENRICHMENT**<br><br>[Fed.R.Bankr.P. 7012(b)]<br><br>Date:     March 31, 2014<br>Time:    1:30 p.m.<br>Place:   United States Courthouse<br>           280 South First Street<br>           Courtroom 3099<br>           San Jose, CA 95113<br>Judge:  Hon. Stephen L. Johnson |

| | |
|---|---|
| 1 | WAYNE K. HIGASHI, individually and as Trustee of |
| 2 | THE HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND |
| 3 | MANAGEMENT CORPORATION, a California corporation; THOMAS L. BAHRICK, an individual; |
| 4 | BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR |
| 5 | BROWN, PC, a California corporation; and LANLOGIC, INC., a California corporation, |
| 6 | |
| 7 | Third Party Plaintiffs, |
| 8 | v. |
| 9 | CONNARD CALI, an individual, and |
| 10 | CONNTECHNICAL INDUSTRIES, INC., a California corporation, |
| 11 | |
| 12 | Third Party Defendants. |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on March 31, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard in this Court, located at 280 South First Street, San Jose, California, plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee") will bring on for hearing his motion ("the "Motion") to dismiss the "Third Party Claims [*sic*] for Breach of Operating Agreement, Breach of Fiduciary Duty, Conversion, and Unjust Enrichment" (the "Third Party Complaint") which Defendants' counsel has purported to file on behalf of (a) debtor CT Drives, LLC ("Debtor") and several of the defendants ("Third Party Plaintiffs") in this adversary proceeding.

The Motion is made pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (made applicable by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure) on the grounds that the Third Party Plaintiffs lack standing to sue and that none of the purported claims for relief set forth in the Third Party Complaint states a claim upon which relief can be granted.

/ / / / /

/ / / / /

/ / / / /

NOTICE OF HEARING ON PLAINTIFF'S MOTION TO DISMISS THIRD PARTY COMPLAINT

1

Case: 13-05154   Doc# 35   Filed: 02/27/14   Entered: 02/27/14 11:25:07   Page 2 of 3

The Motion is based on the Memorandum of Points and Authorities filed concurrently herewith in support thereof, the pleadings and other documents on file in this adversary proceeding, and such additional evidence and argument as may be presented at the hearing on the Motion.

DATED: February 27, 2014

Respectfully submitted,

Peter C. Bronson
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation

By: /s/ Peter C. Bronson
Peter C. Bronson
Special Counsel for Plaintiff and Movant
Fred Hjelmeset, Chapter 7 Trustee