Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Special Counsel for Plaintiff and Movant
Fred Hjelmeset, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CT DRIVES, LLC,<br><br>             Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7<br><br>Adv. No. 13-05154 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>             Plaintiff,<br>v.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>             Defendants. | **PROOF OF SERVICE OF MOTION TO DISMISS DEFENDANTS' THIRD PARTY CLAIMS AND SUPPORTING DOCUMENTS**<br><br>[Fed.R.Bankr.P. 7012(b)]<br><br>Date:    March 31, 2014<br>Time:   1:30 p.m.<br>Place:   United States Courthouse<br>           280 South First Street<br>           Courtroom 3099<br>           San Jose, CA 95113<br>Judge:  Hon. Stephen L. Johnson |

| | |
|---|---|
| 1 | WAYNE K. HIGASHI, individually and as Trustee of |
| 2 | THE HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND |
| 3 | MANAGEMENT CORPORATION, a California corporation; THOMAS L. BAHRICK, an individual; |
| 4 | BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR |
| 5 | BROWN, PC, a California corporation; and LANLOGIC, INC., a California corporation, |
| 6 | |
| 7 | Third Party Plaintiffs, |
| 8 | v. |
| 9 | CONNARD CALI, an individual, and |
| 10 | CONNTECHNICAL INDUSTRIES, INC., a California corporation, |
| 11 | |
| 12 | Third Party Defendants. |

I am over the age of 18 and not a party to the within action. My business address is: 770 L Street, Suite 950, Sacramento, California 95814.

On February 27, 2014, I served the following documents:

**NOTICE OF HEARING ON MOTION TO DISMISS DEFENDANTS' THIRD PARTY CLAIMS FOR BREACH OF OPERATING AGREEMENT, BREACH OF FIDUCIARY DUTY, CONVERSION, AND UNJUST ENRICHMENT;**

**MOTION BY PLAINTIFF FRED HJELMESET, CHAPTER 7 TRUSTEE, TO DISMISS DEFENDANTS' THIRD PARTY CLAIMS FOR BREACH OF OPERATING AGREEMENT, BREACH OF FIDUCIARY DUTY, CONVERSION, AND UNJUST ENRICHMENT; and**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' THIRD PARTY CLAIMS FOR BREACH OF OPERATING AGREEMENT, BREACH OF FIDUCIARY DUTY, CONVERSION, AND UNJUST ENRICHMENT**

on the interested parties in this adversary proceeding as follows:

/ / / / /

/ / / / /

/ / / / /

PROOF OF SERVICE OF MOTION TO DISMISS THIRD PARTY COMPLAINT

2

[X]  **(VIA FIRST CLASS MAIL)**  I placed true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid in the United States Mail at Penn Valley, California addressed as follows:

**Counsel for Defendants and Third Party Plaintiffs**
William C. Milks, III, Esq.
Law Offices of William C. Milks, III
960 San Antonio Road, Suite 200A
Palo Alto, CA 94303

**Third Party Defendants**
Connard Cali
Conntechnical Industries, Inc.
4900 Hopyard Rd., Ste. 100
Pleasanton, CA 94588

[ ]  **(VIA EMAIL)**  I transmitted electronically the listed documents to the following email addresses:

[None]

Executed February 27, 2014 at Penn Valley, California.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                           *(s) Peter C. Bronson*
                                           Peter C. Bronson