

**ORIGINAL**

**FILED**
JUL 1 6 2014
CN
United States Bankruptcy Court
San Jose, California

William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
960 San Antonio Road, Suite 200A
Palo Alto, CA 94303
Tel.: (650) 930-6780
Fax: (650) 813-1805
Email: bmilks@sbcglobal.net

Attorneys for Defendants
WAYNE K. HIGASHI, *et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>Defendants. | Adv. No. 13-05154<br><br>**MOTION BY DEFENDANTS FOR JURY TRIAL**<br><br>[B.L.R. 9015-2(a)]<br><br>Date: August 18, 2014<br>Time: 1:30 PM<br>Place: United States Courthouse<br>Courtroom 3099<br>280 South First Street<br>San Jose, CA 95113<br>Judge: Hon. Stephen L. Johnson |

TO PLAINTIFF NAMED HEREIN AND HIS ATTORNEY OF RECORD:

Defendants Wayne K. Higashi, individually and as Trustee of The Wayne K. Higashi Trust and of The Higashi Family Trust, aka The Higashi Family Revised Trust, aka the 2010 Higashi Family Trust; Rose Higashi, individually and as Trustee of The Higashi Family Trust, aka The Higashi Family Revised Trust, aka the 2010 Higashi Family Trust; Innovative Technologies Licensing and Management Corporation, dba Epilogics, dba The Epilogics Group; EPX, Inc.; ES Design, LLC; Thomas L. Bahrick; Barry N. Young; Robert Marangell; Perisho Tombor Brown, PC; Lanlogic, Inc.; and Spruli, LLC (collectively referred to hereafter as "Defendants") hereby move the Court pursuant to B.L.R. 9015-2(a) to determine that 1) Defendants' demand for a jury trial was timely made, 2) all claims by Plaintiff Fred Hjelmeset, Chapter 7 Trustee ("Plaintiff"), against Defendants are legal claims involving private rights, rather than equitable in nature, and 3) Plaintiff has not consented to a jury trial, thereby entitling Defendants to a trial by jury before the District Court, and for the Bankruptcy Court, after having resolved all pre-trial matters, including dispositive motions, to certify to the District Court pursuant to B.L.R. 9015-2(b) that the proceeding be tried by a jury before the District Court.

This motion is based upon the Memorandum of Points and Authorities and Declaration of William C. Milks, III concurrently filed herewith in support thereof, the pleadings, records, and files herein, and upon such other oral and documentary evidence and argument as may be presented before the Bankruptcy Court at the scheduled hearing on this motion.

Respectfully submitted,

Dated: 07/16/2014

William C. Milks, III
Law Offices of William C. Milks, III

Attorneys for Defendants WAYNE K. HIGASHI, *et al.*

2