Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Special Counsel for Plaintiff Fred Hjelmeset, Chapter 7 Trustee

*The following constitutes the order of the court. Signed April 24, 2015*

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-60198 SLJ |
| CT DRIVES, LLC, | Chapter 7 |
| Debtor. | Adv. No. 13-05154 |
| FRED HJELMESET, Chapter 7 Trustee, | **PRELIMINARY INJUNCTION** |
| Plaintiff, | Date: April 20, 2015 |
| v. | Time: 1:30 p.m. |
| WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company, | Place: Courtroom 3099<br>United States Courthouse<br>280 South First Street<br>San Jose, CA 95113<br>Judge: Hon. Stephen L. Johnson |
| Defendants. | |

The unopposed motion of plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee") for issuance of a temporary restraining order and preliminary injunction (the "Motion") regularly came on for hearing on April 20, 2015 in this Court, the Honorable Stephen L. Johnson presiding. Peter C. Bronson of the Law Offices of Peter C. Bronson, a Professional Corporation, appeared on behalf of the Trustee. There were no other appearances.

The Court having previously entered its Temporary Restraining Order on March 2, 2015, and good cause appearing, the Court, for the reasons stated on the record at the April 20, 2015 hearing, hereby orders that a Preliminary Injunction be granted as prayed for in the Motion, as follows:

IT IS HEREBY ORDERED as follows:

1. Defendants Wayne K. Higashi ("Higashi"), individually and as Trustee of The Wayne K. Higashi Trust and of The Higashi Family Trust, aka The Higashi Family Revised Trust, aka the 2010 Higashi Family Trust; Rose Higashi, individually and as Trustee of The Higashi Family Trust, aka The Higashi Family Revised Trust, aka the 2010 Higashi Family Trust (each and all of the aforementioned defendants are sometimes referred to as the "Higashi Parties"); Innovative Technologies Licensing And Management Corporation, a California corporation, dba Epilogics, dba The Epilogics Group (collectively "ITLMC"), Lanlogic, Inc. ("Lanlogic") and Spruli, LLC ("Spruli") (the Higashi Parties, ITLMC, Lanlogic and Spruli are sometimes referred to hereinafter as the "Subject Defendants"), (b) all persons and entities who are in active concert or participation with them, and (c) each and all of their respective agents, affiliates and representatives, are enjoined from committing, causing, directing, facilitating, or aiding in the commission of, any of the following acts:

    a. Destroying, concealing, removing, deleting, modifying, altering or damaging any writings or information (including, without limitation, emails, financial data, or other information maintained in electronic or on-line format) or other assets that are the property of, in the possession or under the control of, or otherwise refer or relate in any way to, debtor CT Drives, LLC ("CT Drives"), ITLMC or Spruli;

    b. Destroying, concealing, removing, deleting, modifying, altering or damaging any computer, server, hard drive, website, disc, or any writings or information

maintained on line or through any "cloud" or back-up service; and

      c. Transferring any assets or information of or relating to CT Drives or ITLMC without the advance and express written consent of the Trustee.

2. The Temporary Restraining Order entered on March 2, 2015 shall remain in full force and effect until this Preliminary Injunction has been entered on the Court's docket. This Preliminary Injunction shall become of full force and effect immediately upon entry, and shall remain in full force and effect until the final judgment in this adversary proceeding or until further order of the Court, whichever occurs first.

3. No security shall be required of the Trustee.

4. Service of this Order on the attorneys of record herein for the Subject Defendants shall constitute actual notice thereof, and shall constitute adequate notice to bind said parties and all other persons who are in active concert or participation with any of said parties.

~~Issued this ____ day of April, 2015, at San Jose, California.~~

**\* \* END OF ORDER \* \***