Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Special Counsel for Plaintiff Fred Hjelmeset,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

*In re*:

CT DRIVES, LLC,

              Debtor.

FRED HJELMESET, Chapter 7 Trustee,

              Plaintiff,

  v.

WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,

              Defendants.

Case No. 11-60198 SLJ

Chapter 7

Adv. No. 13-05154

**STIPULATION TO CONTINUE TRIAL**

Trial:     February 5-6 and 8-9, 2018
Time:    9:00 a.m.
Place:    U.S. Courthouse
           280 South First Street
           San Jose, CA 95113
Judge:   Hon. Stephen L. Johnson

This Stipulation is entered into between plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee"), on the one side, and defendants Wayne K. Higashi, individually and as Trustee of the Wayne K. Higashi Trust, etc.; Rose Higashi as Trustee of the Higashi Family Trust, etc.; Innovative Technologies Licensing and Management Corporation, dba Epilogics, dba The Epilogics Group; EPX, Inc.; ES Design, LLC; and Spruli, LLC (collectively "Defendants"), on the other side, by and through the Trustee's and the Defendants' respective counsel of record.

**RECITALS.**

A. This adversary proceeding is scheduled for trial on February 5, 6, 8 and 9, 2018.

B. The Trustee and the Defendants have been engaged in protracted discussions concerning settlement of this proceeding, and also with regard to possible narrowing of the disputed issues to ensure that any trial can be completed within the four days currently reserved for trial.

C. The parties and their counsel have attended two settlement conferences with the Honorable Charles Novack. The first session resulted in settlements with defendants Thomas L. Bahrick; Lanlogic, Inc.; Perisho Tombor Brown, PC, and Barry N. Young. This partial settlement was approved by Order of this Court entered October 6, 2017. The Trustee and the remaining Defendants continue to discuss settlement, but no agreement has yet been reached.

D. Peter C. Bronson, counsel for the Trustee, and William C. Milks, III, counsel for Defendants, have continued to meet and confer concerning (1) settlement; (2) narrowing of the issues requiring trial; and (3) timely preparation of the exhibits, witness lists and Joint Pre-Trial Conference Statement as required by the Court's Trial Scheduling Order entered June 28, 2017.

E. Both sides are motivated to settle this case in its entirety. However, the issues are complex and the documentary evidence is voluminous. Counsel do not believe that there is sufficient time, under the current schedule, both to agree on narrowing of issues, to finalize exhibit and witness lists, to complete an effective Joint Pre-Trial Conference Statement, and to devote the substantial time required in order to, hopefully, reach a settlement. Both sides believe that a settlement would preserve significant Court resources; and that even if further discussions only narrowed the issues and reduced the volume of evidence to be presented, the length of trial could be substantially reduced.

F. The parties believe that a relatively brief (one- to two-month) continuance of the trial would serve the interests of the parties and conserve the time and resources of the Court.

**WHEREFORE**, the Trustee and the Defendants hereby stipulate that, if the Court so approves, the trial of this adversary proceeding, currently scheduled for February 5, 6, 8 and 9, 2018, shall be continued to dates in March or April convenient to the Court and the parties; or if there are no such available dates, then to the first dates available thereafter. The Trustee and the Defendants understand that it is the Court's policy not to set continued trial dates based on the parties' stipulation but, instead, to schedule a status conference at which new dates can be set. The parties suggest that such status conference be set during the week of February 5, 2018, or on such other date as may be convenient to the Court.

For the reasons set forth hereinabove, the Court is respectfully requested to enter its Order approving this Stipulation.

DATED: January 10, 2018               Respectfully submitted,

                                      Peter C. Bronson
                                      LAW OFFICES OF PETER C. BRONSON
                                      A Professional Corporation

                                      By___[signature: Peter C. Bronson]___
                                           Peter C. Bronson
                                      Attorneys for Plaintiff


                                      William C. Milks, III, Esq.
                                      LAW OFFICES OF WILLIAM C. MILKS, III, Esq.

                                      By___/s/ William C. Milks, III___
                                           William C. Milks, III
                                      Attorneys for Defendants