Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Special Counsel for Plaintiff Fred Hjelmeset,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re*: | Case No. 11-60198 SLJ |
| CT DRIVES, LLC, | Chapter 7 |
| Debtor. | Adv. No. 13-05154 |
| FRED HJELMESET, Chapter 7 Trustee, | **CORRECTION TO PLAINTIFF'S EXHIBIT LIST IN JOINT PRE-TRIAL CONFERENCE STATEMENT** |
| Plaintiff, | |
| v. | Trial: February 5-6 and 8-9, 2018 |
| WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company, | Time: 9:00 a.m.<br>Place: U.S. Courthouse<br>280 South First Street<br>San Jose, CA 95113<br>Judge: Hon. Stephen L. Johnson |
| Defendants. | |

Plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee") hereby provides the titles for Exhibits 4, 7, 22, 29, 30, 49 and 50, which had been inadvertently listed without titles in the exhibit list contained in the parties' Joint Pre-Trial Conference Statement due to a word processing error. The complete list of exhibits is as follows:

**Trustee's List of Exhibits to be Offered at Trial:**

1. CT Drives General Ledger – complete
2. Union Bank statements received by trustee
3. Union Bank production 2014 complete (with page numbers)
4. CT transaction detail
5. Profit and loss—cumulative
6. Audit trail
7. QB audit trail
8. Expenses by vendor—cumulative
9. CT Drives check register 02.08-02.09
10. CT – UPA – January 2011 – Ledger
11. EPX Note Purchase Agreement
12. CT Drives general ledger – prepaid balance detail
13. QuickBooks—Cash Outflows—all accounts
14. CT Drives tax return 2010
15. Statement of financial affairs – CT Drives
16. List of Equity Holders – CT Drives
17. Petition – CT Drives
18. Marangell consulting agreement
19. Marangell compensation agreement
20. ES Design unit option agreement – Marangell
21. Marangell—unit purchase agreement
22. Test results 1.13 using CTD eqpt.
23. ES Design SOS record

CORRECTION TO PLAINTIFF'S EXHIBIT LIST IN JOINT PRE-TRIAL CONFERENCE STATEMENT

1

Case: 13-05154    Doc# 132    Filed: 01/22/18    Entered: 01/22/18 17:25:03    Page 2 of 6

| | | |
|---|---|---|
| 1 | 24. | Marangell check 1 |
| 2 | 25. | Marangell check 2 |
| 3 | 26. | Schedules – CT Drives |
| 4 | 27. | Unit award agreement – Marangell |
| 5 | 28. | Marangell compensation proposal |
| 6 | 29. | Higashi update to investors 10.12.12 |
| 7 | 30. | Higashi update to investors 09.25.12 |
| 8 | 31. | Convertible note purchase agreement |
| 9 | 32. | EPX shareholders |
| 10 | 33. | Emails between N. Pagonis and W. Higashi |
| 11 | 34. | Lisa Black resume |
| 12 | 35. | BMW lease application |
| 13 | 36. | Kuhl Wheels assignment |
| 14 | 37. | Stan Watt judgment against Kuhl Wheels |
| 15 | 38. | Kuhl assignment 03.03.09 |
| 16 | 39. | Email from W. Higashi to D. Gasiorek |
| 17 | 40. | Post-petition payment to B. Young |
| 18 | 41. | Check to Bouchers post-conversion |
| 19 | 42. | 12.01.03 email from C. Cali to W. Higashi regarding ES Design, etc. |
| 20 | 43. | ES Design dissolution |
| 21 | 44. | Emails among Higashi, Bump, Marangell |
| 22 | 45. | Audit trail exemplar |
| 23 | 46. | Bahrick email regarding ESD dissolution |
| 24 | 47. | Chemtura-CT Drives agreement |
| 25 | 48. | Spruli investors Power Point presentation |
| 26 | 49. | Copy of Bank Register – All Accounts – Reconciled Oct. 3, 2014 . . . |
| 27 | 50. | Copy of QB – All GL Entries – with Txn Number – Oct. 12, 2014 . . . |
| 28 | 51. | Consent to Bahrick joint representation |

| | | |
|---|---|---|
| 1 | 52. | Bahrick "01.14" billing to Higashi |
| 2 | 53. | Bahrick "12.15" billing to Higashi |
| 3 | 54. | Cali email to Bahrick regarding ES Design |
| 4 | 55. | Bahrick proof of claim |
| 5 | 56. | Bahrick UCC-1 |
| 6 | 57. | Higashi email to investors 04.26.11 |
| 7 | 58. | Email to investors 04.26.11 |
| 8 | 59. | Bahrick to Higashi re assignment of assets to Spruli, LLC |
| 9 | 60. | Higashi report to Spruli investors 04.30.13 |
| 10 | 61. | Bahrick email re Spruli 05.03.13 |
| 11 | 62. | Spruli Operating Agreement |
| 12 | 63. | Higashi email re Spruli operating agreement |
| 13 | 64. | Fitz assignment of technology to Spruli |
| 14 | 65. | Draft assignment of technology |
| 15 | 66. | Spruli articles prepared by Bahrick |
| 16 | 67. | Higashi-Bahrick emails re report to Spruli investors |
| 17 | 68. | Epilogics-Fitz consulting agreement 01.16.13 |
| 18 | 69. | Epilogics-Fitz consulting agreement v.2 |
| 19 | 70. | R. Higashi email to W. Higashi 04.27.09 |
| 20 | 71. | Emails exchanged between Trustee and W. Higashi regarding CT Drives assets |
| 21 | 72. | Email from W. Healy to Trustee |
| 22 | 73. | CT Drives Operating Agreement |
| 23 | 74. | Spruli Articles of Organization |
| 24 | 75. | Higashi-Prieur email exchange depo. Exh. 34 |
| 25 | 76. | Higashi email to Patterson 03.11.12 |
| 26 | 77. | Higashi-Dayco emails |
| 27 | 78. | Higashi-Likens emails |
| 28 | 79. | Higashi-Handa emails |

| | | |
|---|---|---|
| 1 | 80. | Higashi-Ouziel emails |
| 2 | 81. | (blank) |
| 3 | 82. | Email string—Bahrick-Marangell-Higashi |
| 4 | 83. | US Patent 8,272,982 B2 |
| 5 | 84. | Kuhl Wheels – dissolution |
| 6 | 85. | QuickBooks – CT Drives-EPX transactions |
| 7 | 86. | USPTO Assignments to Means |
| 8 | 87. | SB-35 Non-Publication Request |
| 9 | 88. | Patent assignment by Hampton, Fitz |
| 10 | 89. | USPTO action 12.21.12 |
| 11 | 90. | Spring Polymer Patent Mod. Draft 2 02.23.12 |
| 12 | 91. | ES Design 2011 U.S. tax return |

DATED: January 22, 2018

Respectfully submitted,

Peter C. Bronson
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation


By   */s/  Peter C. Bronson*
          Peter C. Bronson
Attorneys for Plaintiff

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is: 770 L Street, Suite 950, Sacramento, California 95814.

On January 22, 2018, I served the following document:

**CORRECTION TO PLAINTIFF'S EXHIBIT LIST IN JOINT PRE-TRIAL CONFERENCE STATEMENT**

on the interested parties in this case as follows:

[X]  **(VIA FIRST CLASS MAIL)**  I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Sacramento, California addressed as follows:

**Counsel for Defendants**
William C. Milks, III, Esq.
Law Offices of William C. Milks, III
960 San Antonio Road, Suite 200A
Palo Alto, CA 94303

[X]  **(VIA EMAIL)**  I transmitted electronically the listed documents to the following email addresses:

William C. Milks, Esq.: bmilks@sbcglobal.net

Executed January 22, 2018 at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*(s) Peter C. Bronson*_____
Peter C. Bronson