

FILED
JAN 2 9 2018
United States Bankruptcy Court
San Jose, California

William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA  94022
Tel.:  (650) 930-6780
Fax:  (650) 949-0844
Email:  bmilks@sbcglobal.net

Attorney for Defendants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>　　　　Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>　　　　Defendants. | Adversary No. 13-05154<br><br>**APPLICATION FOR ORDER PERMITTING WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL FOR WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION; EPX, INC.; ES DESIGN, LLC; and SPRULI, LLC**<br><br>[Bankruptcy Local Rule 1001-2 and Civil Local Rule 11-5] |

APPLICATION PERMITTING WITHDRAWAL

Adv. No. 13-05154

1

Case: 13-05154    Doc# 133    Filed: 01/29/18    Entered: 01/29/18 14:56:34    Page 1 of 14

Having served notice pursuant to Bankruptcy Local Rule 1001-2 and Civil Local Rule 11-5, William C. Milks, III hereby requests that the Court issue an Order permitting him to withdraw as counsel for Wayne K. Higashi, individually and as Trustee of the Wayne K. Higashi Trust and of the Higashi Family Trust, aka The Higashi Family Revised Trust, aka The 2010 Higashi Family Trust; Rose Higashi, as Trustee of the Higashi Family Trust, aka the Higashi Family Revised Trust, aka the 2010 Higashi Family Trust; Innovative Technologies Licensing and Management Corporation; EPX, Inc.; ES Design, LLC; and Spruli, LLC (collectively, the "Consenting Represented Parties"). A true and correct copy of the NOTICE OF WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL FOR WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION; EPX, INC.; ES DESIGN, LLC; and SPRULI, LLC is attached hereto as EXHIBIT 1.

The undersigned hereby acknowledges that papers directed to Innovative Technologies Licensing and Management Corporation; EPX, Inc.; ES Design, LLC; and Spruli, LLC (the "Corporate Entities") may continue to be served on me for forwarding purposes, unless and until the Corporate Entities appear by other counsel.

Accordingly, the undersigned requests that the Court issue an order permitting the undersigned to withdraw from representing the Consenting Represented Parties. A [PROPOSED] ORDER to that effect accompanies this Application.

Dated: January 29, 2018

*/s/ William C. Milks, III*
William C. Milks, III

# EXHIBIT 1

William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022
Tel.: (650) 930-6780
Fax: (650) 949-0844
Email: bmilks@sbcglobal.net

Attorney for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>Defendants. | Adversary No. 13-05154<br><br>**NOTICE OF WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL FOR WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION; EPX, INC.; ES DESIGN, LLC; and SPRULI, LLC** |

NOTICE OF WITHDRAWAL

1

Adv. No. 13-05154

This serves as notice that the undersigned, William C. Milks, III ("Mr. Milks"), hereby withdraws as counsel for Wayne K. Higashi, individually and as Trustee of the Wayne K. Higashi Trust and of the Higashi Family Trust, aka The Higashi Family Revised Trust, aka The 2010 Higashi Family Trust; Rose Higashi, as Trustee of the Higashi Family Trust, aka the Higashi Family Revised Trust, aka the 2010 Higashi Family Trust; Innovative Technologies Licensing and Management Corporation; EPX, Inc.; ES Design, LLC; and Spruli, LLC (collectively, the "Consenting Represented Parties"). Wayne K. Higashi is the representative of Innovative Technologies Licensing and Management Corporation; EPX, Inc.; ES Design, LLC; and Spruli, LLC. *See*, DECLARATION OF WAYNE K. HIGASHI *re* WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL ("W. Higashi Decl.") at ¶ 6.

Bankruptcy Local Rule 1001-2 provides:

1001-2. Applicability of Civil Local Rules.
(a) Incorporation of Civil Local Rules.
Except as hereinafter set forth or otherwise ordered by the Court, the following Civil Local Rules shall apply in all bankruptcy cases and adversary proceedings:
• 11-5 *Withdrawal from Case* (except that the reference to an action in subparagraph (a) shall also refer to a bankruptcy case);

Civil Local Rule 11-5 reads:

11-5. Withdrawal from Case
(a) Order Permitting Withdrawal. Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.
(b) Conditional Withdrawal. When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se. When this condition is imposed, counsel must notify the party of this condition. Any filed consent by the party to counsel's withdrawal under these circumstances must include acknowledgment of this condition.

The Consenting Represented Parties have informed Mr. Milks that they are not in a financial position to continue to pay fees for him to represent them and have declined to assist Mr. Milks to prepare for trial. *See*, W. Higashi Decl. at ¶¶ 7 and 8; and DECLARATION OF ROSE HIGASHI *re* WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL ("R. Higashi Decl.") at ¶¶ 5 and 6.

Mr. Milks informed counsel for the Trustee of the foregoing facts prior to the filing of the

NOTICE OF WITHDRAWAL     2     Adv. No. 13-05154

Case: 13-05154    Doc# 133    Filed: 01/29/18    Entered: 01/29/18 14:56:34    Page 5 of 14

Joint Pre-Trial Conference Statement. On January 24, 2018, efforts to reach a settlement between the Trustee and the Consenting Parties to obviate a trial involving the Consenting Represented Parties failed. The Court was apprised of the circumstances at the January 25, 2018 Pre-Trial Conference.

The Consenting Represented Parties have consented to the withdrawal of Mr. Milks as their counsel. *See*, W. Higashi Decl. at ¶ 9; and R. Higashi Decl. at ¶ 8. Wayne K. Higashi and Rose Higashi have agreed to appear pro se in the future. *See*, W. Higashi Decl. at ¶ 10; and R. Higashi Decl. at ¶ 9.

As the representative of Innovative Technologies Licensing and Management Corporation; EPX, Inc.; ES Design, LLC; and Spruli, LLC (the "Corporate Entities"), Wayne K. Higashi acknowledges that papers may continue to be served on Mr. Milks for forwarding purposes, unless and until the Corporate Entities appear by other counsel. *See*, W. Higashi Decl. at ¶ 11.

Dated: January 29, 2018

/s/ William C. Milks, III
William C. Milks, III

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On January 29, 2018, I served the within:

**NOTICE OF WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL FOR WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION; EPX, INC.; ES DESIGN, LLC; and SPRULI, LLC**

on the following party(ies) in this action by email, addressed as follows:

| | |
|---|---|
| Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson<br>A Professional Corporation<br>770 L Street, Suite 950<br>Sacramento, CA 95814<br>pbronson@pbronsonlaw.com | Counsel for Plaintiff Fred Hjelmeset, Chapter 7 Trustee |

Executed on January 29, 2018 at Los Altos, California.

*William C. Milks, III* (signature)
William C. Milks, III

```
William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA  94022
Tel.:  (650) 930-6780
Fax:  (650) 949-0844
Email:  bmilks@sbcglobal.net

Attorney for Defendants
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>　　　　Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7<br><br>Adversary No. 13-05154 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>　　　　Defendants. | **DECLARATION OF WAYNE K. HIGASHI *re* WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL** |

I, Wayne K. Higashi, do hereby declare as follows:

1. I make the statements herein based on my personal knowledge. I could and would competently testify thereto if called as a witness.

2. I retired several years ago.

3. I reside with my wife, Rose Higashi, in Hawaii.

4. I serve as trustee for the Higashi Trusts.

5. Innovative Technologies Licensing and Management Corporation ("ITLMC") is wholly owned by me.

6. I serve as the representative for EPX, Inc. (dissolved), ES Design, LLC (suspended), and Spruli, LLC (suspended). Those entities are no longer conducting business and have no assets.

7. I have informed William C. Milks, III, who has acted as counsel for me, individually and as trustee for the Higashi Trusts, and for ITLMC, EPX, Inc., ES Design, LLC, and Spruli, LLC, that I am not financially in a position to pay Mr. Milks' fees.

8. I have declined the request of Mr. Milks to meet prior to the trial to prepare for trial and have instructed him not to proceed with trial preparation on behalf of me, the Higashi Trusts, ITLMC, EPX, Inc., ES Design, LLC, and Spruli, LLC.

9. I hereby consent to Mr. Milks withdrawing as counsel for me, the Higashi Trusts, ITLMC, EPX, Inc., ES Design, LLC, and Spruli, LLC.

10. Henceforth, I agree to appear *pro se*.

11. As the representative of Innovative Technologies Licensing and Management Corporation; EPX, Inc.; ES Design, LLC; and Spruli, LLC, I acknowledge that papers may continue to be served on Mr. Milks for forwarding purposes, unless and until these corporate entities appear by other counsel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that this Declaration was entered into on this 29th day of January 2018 in Honolulu, Hawaii

Wayne K. Higashi

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On January 29, 2018, I served the within:

**DECLARATION OF WAYNE K. HIGASHI re WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL**

on the following party(ies) in this action by email, addressed as follows:

Peter C. Bronson, Esq.　　　　　　　　Counsel for Plaintiff Fred Hjelmeset, Chapter 7 Trustee
Law Offices of Peter C. Bronson
A Professional Corporation
770 L Street, Suite 950
Sacramento, CA 95814
pbronson@pbronsonlaw.com

Executed on January 29, 2018 at Los Altos, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ William C. Milks, III*
　　　　　　　　　　　　　　　　　　　　　William C. Milks, III

W. HIGASHI DECL. *re* WITHDRAWAL OF COUNSEL　　　　　　3　　　　　　Adv. No. 13-05154

William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022
Tel.: (650) 930-6780
Fax: (650) 949-0844
Email: bmilks@sbcglobal.net

Attorney for Defendants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>　　Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>　　Plaintiff,<br><br>vs.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>　　Defendants. | Adversary No. 13-05154<br><br>**DECLARATION OF ROSE HIGASHI *re* WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL** |

R. HIGASHI DECL. *re* WITHDRAWAL OF COUNSEL

1

Adv. No. 13-05154

I, Rose Higashi, do hereby declare as follows:

1. I make the statements herein based on my personal knowledge. I could and would competently testify thereto if called as a witness.

2. I retired several years ago.

3. I reside with my husband, Wayne Higashi, in Hawaii.

4. I serve as co-trustee for the Higashi Trusts.

5. I have informed William C. Milks, III, who has acted as counsel for me as trustee for the Higashi Trusts, that I am not financially in a position to pay Mr. Milks' fees.

6. I have declined the request of Mr. Milks to meet prior to the trial to prepare for trial and have instructed him not to proceed with trial preparation on behalf of the Higashi Trusts.

7. I have informed Mr. Milks that I do not intend to attend the trial.

8. I hereby consent to Mr. Milks withdrawing as counsel for the Higashi Trusts.

9. Henceforth, I agree to appear *pro se*.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that this Declaration was entered into on this 25th day of January 2018 in Honolulu, Hawaii.

_____
Rose Higashi

Case: 13-05154   Doc# 133   Filed: 01/29/18   Entered: 01/29/18 14:56:34   Page 12 of 14

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On January 29, 2018, I served the within:

**DECLARATION OF ROSE HIGASHI *re* WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL**

on the following party(ies) in this action by email, addressed as follows:

Peter C. Bronson, Esq.        Counsel for Plaintiff Fred Hjelmeset, Chapter 7 Trustee
Law Offices of Peter C. Bronson
A Professional Corporation
770 L Street, Suite 950
Sacramento, CA 95814
pbronson@pbronsonlaw.com

Executed on January 29, 2018 at Los Altos, California.

*/s/ William C. Milks, III*
William C. Milks, III

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On January 29, 2018, I served the within:

**APPLICATION FOR ORDER PERMITTING WITHDRAWAL OF WILLIAM C. MILKS, III AS COUNSEL FOR WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION; EPX, INC.; ES DESIGN, LLC; and SPRULI, LLC**

**[PROPOSED] ORDER**

on the following party(ies) in this action by email, addressed as follows:

Peter C. Bronson, Esq.　　　　　　　Counsel for Plaintiff Fred Hjelmeset, Chapter 7 Trustee
Law Offices of Peter C. Bronson
A Professional Corporation
770 L Street, Suite 950
Sacramento, CA 95814
pbronson@pbronsonlaw.com

Executed on January 29, 2018 at Los Altos, California.

　　　　　　　　　　　　　　　　　　　　　　　／s／ William C. Milks, III
　　　　　　　　　　　　　　　　　　　　　　　William C. Milks, III