Peter C. Bronson (Cal. Bar No. 60669)
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Tel.: (916) 444-1110   Fax: (916) 361-6046

Special Counsel for Plaintiff Fred Hjelmeset,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* <br><br> CT DRIVES, LLC, <br><br> Debtor. <br><br>———————————————— <br><br> FRED HJELMESET, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> WAYNE K. HIGASHI, etc., *et al.,* <br><br> Defendants. | Case No. 11-60198 SLJ <br><br> Adv. No. 13-05154 <br><br> Chapter 7 <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT WAYNE K. HIGASHI'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE** |

Plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee") respectfully submits the following Response to Defendant Wayne K. Higashi's ("Higashi") Objection to Plaintiff's Request for Judicial Notice in Support of Plaintiff's Response to Post-Trial Brief of Defendant Wayne K. Higashi (the "Objection").

During the Trustee's examination of Higashi on February 9, 2018 (the final day of trial), Plaintiff offered to present evidence rebutting Higashi's testimony concerning his and his wife's

financial condition. The Court indicated that such information would not be germane to the claims against Higashi, and the Trustee forbore from presenting it. However, Higashi's Post-Trial Brief focused on his alleged financial condition. Higashi said:

> "The truth of the matter is that the losses I incurred in connection with CTD drained all of the funds I had available, including those saved for retirement. I have sold my house and vehicles and have virtually no savings remaining. I was not even able to afford an attorney to represent me at the trial. . . . We now live in Hawaii in involuntary retirement . . . ." [Higashi Post-Trial Brief at 2-3.]

Higashi's continuing representations concerning his financial condition warranted a response by the Trustee. Accordingly, the Trustee requested judicial notice of Mrs. Higashi's publicly posted travel blog, which contain detailed accounts of the Higashis' travels throughout the world from 2016 through the present, including photographs.

Higashi's Objection does not deny either that the travel blog is accurate or that it is sufficiently reliable to be the subject of judicial notice. Indeed, his only observation concerning its accuracy is that Mr. and Mrs. Higashi's trip to Cuba may have taken place prior to the official start of Spring 2018. In an unsigned statement contained within the Objection, Mrs. Higashi directly contradicts her husband's statement that all their assets, including retirement savings, have been drained; she states that the couple "had always planned to use our savings for travel when we retired," and that "we are free to spend our savings as we wish." [Objection at 5.]

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

PLAINTIFF'S RESPONSE TO OBJECTION TO REQUEST FOR JUDICIAL NOTICE

2

The Court is free to consider the probative value, or lack thereof, in both Higashi's representations concerning his financial condition and the evidence calling those representations into question. The Objection lacks any legal basis and should be overruled.

DATED: April 6, 2018                    Respectfully submitted,

                                         Peter C. Bronson
                                         LAW OFFICES OF PETER C. BRONSON
                                         A Professional Corporation

                                         *By:*    *Peter C. Bronson*
                                                    Peter C. Bronson
                                         Special Counsel for Plaintiff
                                         Fred Hjelmeset, Chapter 7 Trustee

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is: 770 L Street, Suite 950, Sacramento, California 95814.

On April 6, 2018, I served the following document:

**PLAINTIFF'S RESPONSE TO DEFENDANT WAYNE K. HIGASHI'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE**

on the interested parties in this case as follows:

[X] **(VIA FIRST CLASS MAIL)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Sacramento, California addressed as follows:

> **Counsel for Defendants**
> William C. Milks, III, Esq.
> Law Offices of William C. Milks, III
> 40 Main Street
> Los Altos, CA 94022
>
> **Defendants** *in Pro Per*
> Wayne K. Higashi
> Rose Higashi
> 51-144 Kamehameha Hwy
> Kaaawa, HI 96730

[X] **(VIA EMAIL)** I transmitted electronically the listed documents to the following email address:

> William C. Milks, III, Esq. – bmilks@sbcglobal.net

Executed April 6, 2018 at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*(s) Peter C. Bronson*_____
Peter C. Bronson

---

PLAINTIFF'S RESPONSE TO OBJECTION TO REQUEST FOR JUDICIAL NOTICE

4