Peter C. Bronson (Cal. Bar No. 60669)
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Tel.: (916) 444-1110    Fax: (916) 361-6046

Special Counsel for Plaintiff Fred Hjelmeset,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* | Case No. 11-60198 SLJ |
| CT DRIVES, LLC, | Adv. No. 13-05154 |
| Debtor. | Chapter 7 |
| | **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT ROBERT MARANGELL'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO POST-TRIAL BRIEF OF DEFENDANT ROBERT MARANGELL** |
| FRED HJELMESET, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | |
| WAYNE K. HIGASHI, etc., *et al.,* | |
| Defendants. | |

    Plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee") respectfully submits this Memorandum in opposition to Defendant Robert Marangell's ("Marangell") Motion To Strike Plaintiff's Response to Post-Trial Brief of Defendant Robert Marangell ("Marangell Motion").

    As the Trustee has explained in his opposition, filed concurrently herewith, to a similar Motion to Strike filed by defendant Wayne K. Higashi ("Higashi"), the post-trial briefing schedule in this proceeding was absolutely clear. Both sides were to file their opening briefs by March 14,

PLAINTIFF'S OPPOSITION TO DEFENDANT ROBERT MARANGELL'S MOTION TO STRIKE

2018; and each side could file briefs in response to the other side's opening briefs by March 28. The matter would then stand submitted.

Thus, the briefing was complete on March 28, 2018, when the Trustee, Higashi and Marangell each filed their reply briefs.

Now Marangell has flouted the briefing schedule by filing what is, in effect, an impermissible reply to the Trustee's response to Marangell's opening brief, disguised as a motion to strike the reply. Further, the law is clear that a purported motion to strike a brief is impermissible. The Federal Rules of Civil Procedure provide only for motions to strike *pleadings*. [Rule 12(f), Fed. R. Civ. P., made applicable herein by Rule 7012(b), Fed. R. Bankr. P.] The Rules expressly define "pleadings" as being only a complaint, an answer thereto, and, if ordered, a reply to an answer. [Rule 7(a), Fed. R. Civ. P., made applicable herein by Rule 7007, Fed. R. Bankr. P.]

Accordingly, the courts consistently have held that there is no authority that would allow the filing of a motion to strike a brief. [*Ysais v. New Mexico Judicial Standard Com'n*, 616 F.Supp.2d 1176, 1184 (D.N.M. 2009), *quoting* 2 J. Moore *et al.*, MOORE'S FEDERAL PRACTICE § 12.37[2] (3rd ed. 2008) ("Only material included in a 'pleading' may be the subject of a motion to strike, and courts have been unwilling to construe the term broadly. Motions, briefs, or memoranda, objections, or affidavits may not be attacked by the motion to strike"); *Sunlight Saunas, Inc. v. Sundance Sauna, Inc.*, 427 F.Supp.2d 1022, 1028-29 (D. Kan. 2006).]

Marangell's Motion is a blatant attempt to "sandbag" the Trustee with an impermissible reply to the Trustee's response to Marangell's opening brief. The parties agreed on, and the Court

/ / / / /
/ / / / /
/ / / / /
/ / / / /

PLAINTIFF'S OPPOSITION TO DEFENDANT ROBERT MARANGELL'S MOTION TO STRIKE

2

ordered, an unambiguous briefing schedule and deadlines that do not permit the parties to file additional briefs *ad infinitum*, no matter what name is given to such late filings. The Marangell Motion should be denied.

DATED: April 10, 2018                    Respectfully submitted,

                                        Peter C. Bronson
                                        LAW OFFICES OF PETER C. BRONSON
                                        A Professional Corporation

                                        *By:*   *Peter C. Bronson*
                                                Peter C. Bronson
                                        Special Counsel for Plaintiff
                                        Fred Hjelmeset, Chapter 7 Trustee

PLAINTIFF'S OPPOSITION TO DEFENDANT ROBERT MARANGELL'S MOTION TO STRIKE

3

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is: 770 L Street, Suite 950, Sacramento, California 95814.

On April 10, 2018, I served the following document:

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT ROBERT MARANGELL'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO POST-TRIAL BRIEF OF DEFENDANT ROBERT MARANGELL**

on the interested parties in this case as follows:

[X] **(VIA FIRST CLASS MAIL)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Sacramento, California addressed as follows:

> **Counsel for Defendants**
> William C. Milks, III, Esq.
> Law Offices of William C. Milks, III
> 40 Main Street
> Los Altos, CA 94022
>
> **Defendants** *in Pro Per*
> Wayne K. Higashi
> Rose Higashi
> 51-144 Kamehameha Hwy
> Kaaawa, HI 96730

[X] **(VIA EMAIL)** I transmitted electronically the listed documents to the following email address:

> William C. Milks, III, Esq. – bmilks@sbcglobal.net

Executed April 10, 2018 at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*(s) Peter C. Bronson*
Peter C. Bronson