

Entered on Docket
July 16, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 16, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **CT Drives, LLC**, | Case No. 11-60198 SLJ |
| Debtor. | Chapter 7<br>Previous Chapter 11 |
| **Fred Hjelmeset**, Chapter 7 trustee, | Adv. Proc. No. 13-5154 |
| Plaintiff, | |
| v. | |
| **Wayne K. Higashi**, et al., | |
| Defendants. | |

## JUDGMENT[1]

Plaintiff Fred Hjelmeset, Chapter 7 trustee ("Trustee"), filed a Complaint for Recovery of Avoidable Transfers, Conversion, and Breach of Fiduciary Duty on October 31,

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "ECF" references are to the docket in this adversary proceeding.

JUDGMENT 1/3

2013. ECF 1. The complaint came on for trial on February 5, 6, 8, and 9, 2018. For the reasons stated in the Order Following Trial, ECF 168, the court enters judgment as follows:

1. The transfer of assets from CT Drives, LLC ("Debtor") to Spruli, LLC after the Debtor's case was converted to Chapter 7 was an unauthorized post-petition transfer pursuant to § 549(a). Those assets shall be restored to the Debtor.
2. The $40,000 transfer to Robert Marangell was actually fraudulent pursuant to § 548(a)(1)(A) and shall be recovered.
3. The court enters judgment against the plaintiff on all other causes of action.

It is so adjudged.

**END OF JUDGMENT**

# COURT SERVICE LIST

[ECF recipients]

EPX, Inc.
1484 Pollard Road, Suite 192
Los Gatos, CA 95032

ES Design, LLC
1484 Pollard , Suite 192
Los Gatos, CA 95032

Innovative Technologies Licensing and Management Corporation
107 Los Uvas Court
Los Gatos, CA 95032

Spruli, LLC
1484 Pollard Road, Suite 192
Los Gatos, CA 95032

William C. Milks on behalf of Defendant Robert Marangell
Law Offices of William C. Milks, III
960 San Antonio Rd. #200A
Palo Alto, CA 94303

William C. Milks on behalf of Defendant Robert Marangell
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022

William C. Milks on behalf of Defendant Wayne Higashi
Law Offices of William C. Milks, III
960 San Antonio Rd. #200A
Palo Alto, CA 94303

William C. Milks on behalf of Defendant Wayne Higashi
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022