**ORIGINAL**


FILED
AUG 13 2018
CLERK
United States Bankruptcy Court
San Jose, California

William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022
Tel.: (650) 930-6780
Fax: (650) 949-0844
Email: bmilks@sbcglobal.net

Attorney for Defendants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

*In re* CT DRIVES, LLC,

    Debtor.

FRED HJELMESET, Chapter 7 Trustee,

    Plaintiff,

v.

WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,

    Defendants.

Case No. 11-60198 SLJ

Chapter 7

Adversary No. 13-05154

**DECLARATION OF WILLIAM C. MILKS, III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

**[Fed. R. Bankr. P. 9023]**

Date: September 4, 2018
Time: 1:30 PM
Place: Courtroom 3099
      United States Courthouse
      280 South First Street
      San Jose, CA 95113
Judge: Hon. Stephen L. Johnson

I, William C. Milks, III, do hereby declare as follows:

1. I am a member of the State Bar of California in good standing. I am admitted to practice before the United States District Court for the Northern District of California. I make the statements herein based on my personal knowledge, except where set forth on information and belief, which statements I believe to be true, and I could and would competently testify thereto if called as a witness.

2. During the Chapter 11 proceedings of the Debtor CT Drives, LLC ("CTD") numerous books and records of CTD, including invoices for business expenses, utility bills, and tax returns and other financial records and company documents, were produced.

3. Attached hereto as Exhibit A is a true and correct copy of an email from Special Counsel for the Trustee, Peter C. Bronson, Esq., to me dated March 1, 2016 regarding the numerous books and records of CTD, including invoices for business expenses, utility bills, and tax returns and other financial records and company documents, produced to Mr. Bronson during the Chapter 11 proceedings. Mr. Bronson permitted me to inspect those documents.

4. The production of books and records in the Chapter 11 proceedings amounted to at least 5,000 pages of documents contained in two (2) bankers boxes produced to, and in the possession of, Mr. Bronson.

5. On information and belief, the above-referenced documents were available to the Trustee through his Special Counsel (Mr. Bronson).

I declare under the penalty of perjury under the laws of the State of California that the foregoing statements are true and correct and that this Declaration was entered into on this 13th day of August, 2018 in Los Altos, California.

*William C. Milks, III* (signature)

William C. Milks, III

2

# EXHIBIT A

**Subject:** Hjelmeset v. Higashi et al. - documents

**From:** Peter Bronson (pbronson@pbronsonlaw.com)

**To:** bmilks@sbcglobal.net;

**Date:** Tuesday, March 1, 2016 10:31 AM

Dear Bill,

We estimate that the two boxes of documents produced by Bill Healy's office during the Chapter 11 phase of the CT Drives case contain a total of approximately 5,000 pages. We obtained a quote of $1.00 per page for scanning these items. Please let me know if you are still interested in having the documents scanned or photocopied.

Regards,

Peter

Peter C. Bronson

*Law Offices of Peter C. Bronson, A Professional Corporation*

770 L Street, Suite 950

Sacramento, California 95814

Telephone 916.444.1110; Fax 916.361.6046

Nevada County: Tel. 530.432.0851

pbronson@pbronsonlaw.com

THIS COMMUNICATION MAY BE PRIVILEGED AND CONFIDENTIAL.

This email, including any attachments, is meant for use solely by the intended recipient. If you have received this email in error, you are hereby notified that any review, use, dissemination, distribution or copying of this email or any attachments is strictly prohibited. If this email has been transmitted to you in error, please notify us via email at pbronsonlaw@pbronsonlaw.com, delete the message, and destroy any printout thereof. Thank you for your cooperation.

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On August 13, 2018, I served the within:

**DECLARATION OF WILLIAM C. MILKS, III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

on the following party(ies) in this action by email, addressed as follows:

Peter C. Bronson, Esq.  Special Counsel for Plaintiff Fred Hjelmeset,
Law Offices of Peter C. Bronson  Chapter 7 Trustee
A Professional Corporation
770 L Street, Suite 950
Sacramento, CA 95814
pbronson@pbronsonlaw.com

Executed on August 13, 2018 at Los Altos, California.

/s/ William C. Milks, III
William C. Milks, III