Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Attorneys for Plaintiff and Movant
Fred Hjelmeset, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CT DRIVES, LLC,<br><br>                Debtor.<br><br>FRED HJELMESET, Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>v.<br><br>WAYNE K. HIGASHI, etc., *et al.,*<br><br>                Defendants. | Case No. 11-60198 SLJ<br><br>Chapter 7<br><br>Adv. No. 13-05154<br><br>**REPLY DECLARATION OF PETER C. BRONSON IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**<br><br>Date:      September 4, 2018<br>Time:     1:30 p.m.<br>Place:     Courtroom 3099<br>             United States Courthouse<br>             280 South First Street<br>             San Jose, CA 95113<br>Judge:   Hon. Stephen L. Johnson |

I, Peter C. Bronson, declare:

1. I am an attorney at law, duly admitted to practice before this Court. I am counsel herein for plaintiff Fred Hjelmeset, Chapter 7 Trustee (the "Trustee"). I submit this Reply Declaration in support of the Trustee's Motion To Alter or Amend Judgment.

2. I have personal, first-hand knowledge of the truth of the entire contents of this Declaration, and I could and would competently testify thereto if called as a witness.

3. On or about April 25, 2012, William J. Healy ("Healy"), Chapter 11 counsel for debtor CT Drives, LLC ("Debtor"), produced two boxes of documents. Healy represented to me that these two boxes, together with the electronic QuickBooks files produced therewith, constituted "all the books and records" of the Debtor.

4. The two boxes contained voluminous copies and drafts of operating agreements, security agreements, and printouts of Internal Revenue Service rules and regulations. There were also a sparse number of utility bills. These papers were entirely lacking in evidentiary value. Neither side referred to any of them during the trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed August 28, 2018 at Sacramento, California.

_____
Peter C. Bronson

REPLY DECLARATION OF P. BRONSON IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT

2