ORIGINAL

FILED
AUG 3 1 2018
CLERK
United States Bankruptcy Court
San Jose, California



1  William C. Milks, III (State Bar Number 114083)
2  Law Offices of William C. Milks, III
   40 Main Street
3  Los Altos, CA 94022
   Tel.: (650) 930-6780
4  Fax: (650) 949-0844
   Email: bmilks@sbcglobal.net
5
6  Attorney for Defendants

7  IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8  SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>Defendants. | Adversary No. 13-05154<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE (1) DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT, AND (2) DECLARATION OF WILLIAM C. MILKS, III IN SUPPORT OF DEFENDANTS' OPPOSITION**<br><br>Date: September 4, 2018<br>Time: 1:30 PM<br>Place: Courtroom 3099<br>      United States Courthouse<br>      280 South First Street<br>      San Jose, CA 95113<br>Judge: Hon. Stephen L. Johnson |

## I. INTRODUCTION

Defendants hereby oppose "PLAINTIFF'S MOTION TO STRIKE (1) DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT, AND (2) DECLARATION OF WILLIAM C. MILKS, III IN SUPPORT OF DEFENDANTS' OPPOSITION" filed on August 28, 2018 (hereinafter referred to as "Plaintiff's Motion to Strike") filed by Plaintiff Fred Hjelmeset, the Chapter 7 Trustee (hereinafter referred to as the "Trustee") for the debtor CT Drives, LLC (hereinafter referred to as "CTD").

## II. ARGUMENT

### A. The Plaintiff's Motion to Strike Is Improper.

Not only has the Court not authorized such filing; but also, there is no authority for a motion to strike a brief. The Federal Rules of Civil Procedure provide only for motions to strike *pleadings*. [Rule 12(f), Fed. R. Civ. P., made applicable herein by Rule 7012(b), Fed. R. Bankr. P.] The Rules expressly define "pleadings" as being only a complaint, an answer thereto, and, if ordered, a reply to an answer. [Rule 7(a), Fed. R. Civ. P., made applicable herein by Rule 7007, Fed. R. Bankr. P.]

Accordingly, the courts consistently have held that there is no authority that would allow the filing of a motion to strike a brief. [*Ysais v. New Mexico Judicial Standard Com'n*, 616 F.Supp.2d 1176, 1184 (D.N.M. 2009), *quoting* 2 J. Moore *et al.*, MOORE'S FEDERAL PRACTICE § 12.37[2] (3rd ed. 2008) ("Only material included in a 'pleading' may be the subject of a motion to strike, and courts have been unwilling to construe the term broadly. Motions, briefs, or memoranda, objections, or affidavits may not be attacked by the motion to strike"); *Sunlight Saunas, Inc. v. Sundance Sauna, Inc.*, 427 F.Supp.2d 1022, 1028-29 (D. Kan. 2006).]

### B. Defendants Authorized William C. Milks, III to File DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT.

Wayne K. Higashi *pro se* ("Mr. Higashi") also serves as trustee for the Higashi Trusts. *See*, DECLARATION OF WAYNE K. HIGASHI *re* PLAINTIFF'S MOTION TO STRIKE (hereinafter referred to as the "Higashi Declaration") at ¶ 2. Innovative Technologies Licensing and Management Corporation ("ITLMC") is wholly owned by Mr. Higashi. *Id.* at ¶ 3. Mr. Higashi also serves as the representative for EPX, Inc. (dissolved), ES Design, LLC (suspended),

and Spruli, LLC (suspended). *Id*. at ¶ 4.

Mr. Higashi requested William C. Milks, III ("Mr. Milks") to submit DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT filed on August 13, 2018. *Id*. at ¶ 5. Mr. Milks agreed. *Id*. at ¶ 6.

Mr. Higashi reviewed and approved the Opposition prior to Mr. Milks filing the Opposition. *Id*. at ¶ 7. Mr. Higashi has also authorized Mr. Milks to represent him and the other above-named parties at the hearing to be held on September 4, 2018. *Id*. at ¶ 8. Mr. Milks has agreed to do so. *Id*.

### III. CONCLUSION

For these reasons stated above, the Court should deny Plaintiff's Motion to Strike.

Dated: August 31, 2018

                                                  */s/ William C. Milks, III*
                                                  William C. Milks, III
                                                  Attorney for Defendants

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On August 31, 2018, I served the within:

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE (1) DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT, AND (2) DECLARATION OF WILLIAM C. MILKS, III IN SUPPORT OF DEFENDANTS' OPPOSITION**

on the following party(ies) in this action by email, addressed as follows:

Peter C. Bronson, Esq.      Special Counsel for Plaintiff Fred Hjelmeset,
Law Offices of Peter C. Bronson     Chapter 7 Trustee
A Professional Corporation
770 L Street, Suite 950
Sacramento, CA 95814
pbronson@pbronsonlaw.com

Executed on August 31, 2018 at Los Altos, California.

*/s/ William C. Milks, III*
William C. Milks, III