ORIGINAL

FILED
AUG 3 1 2018
CLERK
United States Bankruptcy Court
San Jose, California

William C. Milks, III (State Bar Number 114083)
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022
Tel.: (650) 930-6780
Fax: (650) 949-0844
Email: bmilks@sbcglobal.net

Attorney for Defendants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| *In re* CT DRIVES, LLC,<br><br>Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7<br><br>Adversary No. 13-05154 |
| FRED HJELMESET, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE K. HIGASHI, individually and as Trustee of THE WAYNE K. HIGASHI TRUST and of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; ROSE HIGASHI, individually and as Trustee of THE HIGASHI FAMILY TRUST, aka THE HIGASHI FAMILY REVISED TRUST, aka the 2010 HIGASHI FAMILY TRUST; INNOVATIVE TECHNOLOGIES LICENSING AND MANAGEMENT CORPORATION, a California corporation, dba Epilogics, dba The Epilogics Group; EPX, INC., a California corporation; ES DESIGN, LLC, a California limited liability company; THOMAS L. BAHRICK, an individual; BARRY N. YOUNG, an individual; ROBERT MARANGELL, an individual; PERISHO TOMBOR BROWN, PC, a California corporation; LANLOGIC, INC., a California corporation; and SPRULI, LLC, a California limited liability company,<br><br>Defendants. | **DECLARATION OF WAYNE K. HIGASHI** *re* **PLAINTIFF'S MOTION TO STRIKE** |

W. HIGASHI DECL. *re* PLAINTIFF'S MOTION TO STRIKE       1       Adv. No. 13-05154

I, Wayne K. Higashi, do hereby declare as follows:

1. I make the statements herein based on my personal knowledge. I could and would competently testify thereto if called as a witness.

2. I serve as trustee for the Higashi Trusts.

3. Innovative Technologies Licensing and Management Corporation ("ITLMC") is wholly owned by me.

4. I serve as the representative for EPX, Inc. (dissolved), ES Design, LLC (suspended), and Spruli, LLC (suspended).

5. I requested William C. Milks, III to submit Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment filed on August 13, 2018 (hereinafter referred to as the "Opposition").

6. Mr. Milks kindly agreed.

7. I reviewed and approved the Opposition prior to Mr. Milks filing the Opposition.

8. I have authorized Mr. Milks to represent me and the other above-named parties at the hearing to be held on September 4, 2018, and he has kindly agreed to do so.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that this Declaration was entered into on this 31st day of August 2018 in Honolulu, Hawaii.

/s/
Wayne K. Higashi

2

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States. My business address is 40 Main Street, Los Altos, CA 94022. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within action.

On August 31, 2018, I served the within:

**DECLARATION OF WAYNE K. HIGASHI re PLAINTIFF'S MOTION TO STRIKE**

on the following party(ies) in this action by email, addressed as follows:

| | |
|---|---|
| Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson<br>A Professional Corporation<br>770 L Street, Suite 950<br>Sacramento, CA 95814<br>pbronson@pbronsonlaw.com | Counsel for Plaintiff Fred Hjelmeset, Chapter 7 Trustee |

Executed on August 31, 2018 at Los Altos, California.

_____
William C. Milks, III