

The following constitutes
the order of the court. Signed September 4, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **CT Drives, LLC**, | Case No. 11-60198 SLJ |
| Debtor. | Chapter 7 |
| **Fred Hjelmeset**, Chapter 7 trustee, | Adv. Proc. No. 13-5154 |
| Plaintiff, | |
| v. | |
| **Wayne K. Higashi**, et al., | |
| Defendants. | |

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT[1]

On September 4, 2018, at 1:30 p.m., the court held a hearing on Plaintiff-Trustee Fred Hjelmeset's Motion to Alter or Amend Judgment ("Motion"), ECF 173. Appearances were noted on the record.

For the reasons stated on the record, the Trustee's Motion is DENIED.

IT IS SO ORDERED.

## END OF ORDER

---

[1] "ECF" references are to the docket in this adversary proceeding.

ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT   1/2

**COURT SERVICE LIST**

Wayne K. Higashi
51-144 Kamehameha Hwy
Kaaawa, HI  96730

EPX, Inc.
1484 Pollard Road, Suite 192
Los Gatos, CA 95032

ES Design, LLC
1484 Pollard , Suite 192
Los Gatos, CA 95032

Innovative Technologies Licensing and Management Corporation
107 Los Uvas Court
Los Gatos, CA 95032

Spruli, LLC
1484 Pollard Road, Suite 192
Los Gatos, CA 95032

William C. Milks on behalf of Defendant Robert Marangell
Law Offices of William C. Milks, III
960 San Antonio Rd. #200A
Palo Alto, CA 94303

William C. Milks on behalf of Defendant Robert Marangell
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022

William C. Milks on behalf of Defendant Wayne Higashi
Law Offices of William C. Milks, III
960 San Antonio Rd. #200A
Palo Alto, CA 94303

William C. Milks on behalf of Defendant Wayne Higashi
Law Offices of William C. Milks, III
40 Main Street
Los Altos, CA 94022

[ECF recipients]